1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10  FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
11  COMMUNITY BANK OF NEVADA,                    Case No. 2:11-cv-00297-LDG (GWF)

12          Plaintiff,                           **SUMMARY JUDGMENT**

13  v.

14  CBC FINANCIAL CORPORATION, *et
al*.,
15
            Defendants.
16

17

18          This matter came before the Court on the Motion for Summary Judgment of Plaintiff

19  Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, which

20  Motion the Court GRANTED; therefore

21          THE COURT **ORDERS AND ADJUDGES** that Plaintiff Federal Deposit Insurance

22  Corporation, as Receiver for Community Bank of Nevada recover, jointly and severally,

23  from Defendants CBC Financial Corporation and Barton Maybie:

24          1)      $1,255,696,58 as the principal amount of the debt;

25          2)      $397,305.88 as interest accrued until February 15, 2012;

26

3)      $404.84 per diem as interest accruing from February 15, 2012, until the date

this Summary Judgment is entered;

4)      $71,712.04 as late fees;

5)      $750.00 as processing fees;

6)      Reasonable attorney's fees and costs per the agreements.

DATED this _____ day of September, 2012.

_____
Lloyd D. George
United States District Judge

2