# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>　　　Plaintiff,<br><br>v.<br><br>CBC FINANCIAL CORPORATION, *et al.*,<br><br>　　　Defendants. | Case No. 2:11-cv-00297-LDG (GWF)<br><br>**ORDER** |

　　　The plaintiff, Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, moves to substitute SMS Financial Services, LLC as the plaintiff in this case (#31), and further moves for an order amending the summary judgment (#32) to name SMS Financial, LLC as plaintiff and judgment creditor.  Defendants have not opposed either motion.  Accordingly, for good cause shown,

　　　THE COURT **ORDERS** that the motion of Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, to substitute SMS Financial, LLC, as plaintiff (#31) is GRANTED.  SMS Financial, LLC is SUBSTITUTED for Federal Deposit Insurance Corporation as plaintiff in this matter.

THE COURT FURTHER **ORDERS** that the motion of Federal Deposition Insurance Corporation, as Receiver for Community Bank of Nevada, to amend (#32) the summary judgment (#30) entered in this matter to name SMS Financial, LLC as plaintiff and judgment creditor is GRANTED.

DATED this ___ day of October, 2012.

_____
Lloyd D. George
United States District Judge