# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SMS FINANCIAL, LLC,

    Plaintiff,

v.

CBC FINANCIAL CORPORATION, *et al.*,

    Defendants.

Case No. 2:11-cv-00297-LDG (GWF)

**AMENDED SUMMARY JUDGMENT**

    This matter came before the Court on the Motion for Summary Judgment of Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada, which Motion the Court GRANTED. The Court subsequently granted Federal Deposit Insurance Corporation's motion to substitute SMS Financial, LLC as plaintiff and to accordingly amend the summary judgment. Therefore, for good cause shown,

    THE COURT **ORDERS AND ADJUDGES** that Plaintiff SMS Financial, LLC, recover, jointly and severally, from Defendants CBC Financial Corporation and Barton Maybie:

    1)    $1,255,696,58 as the principal amount of the debt;

    2)    $397,305.88 as interest accrued until February 15, 2012;

3)   $404.84 per diem as interest accruing from February 15, 2012, until the date this Amended Summary Judgment is entered;

4)   $71,712.04 as late fees;

5)   $750.00 as processing fees;

6)   Reasonable attorney's fees and costs per the agreements.

DATED this  23  day of October, 2012.

_____
Lloyd D. George
United States District Judge